**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Francisco GUZMAN,
Defendant–Appellant.**

No. 03–30646.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

Camille Ann Domingue, Assistant US Attorney, Stephanie A. Finley, Assistant

US Attorney, US Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Jose Francisco Guzman, pro se, Houston, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender representing Jose Francisco Guzman has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Guzman was sent a copy of counsel's motion and brief, but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.